■ ARTHUR E. SULLIVAN et al., on Behalf of Themselves and All Other Retirees Similarly Situated, Respondents, v EDWARD V. REGAN, as State Comptroller and as Administrator of the New York State Policemen's and Firemen's Retirement System, Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in *Conrad v Regan* ([appeal No. 1] 155 AD2d 931 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Doyle, J.—conversion of action to proceeding.) Present—Dillon, P. J., Balio, Lawton and Davis, JJ.